In the Matter of the Claim of CARRIE N. WESTBROOK, Appellant, against E. W. EDWARDS & SON et al., Respondents. STATE INDUSTRIAL BOARD, Respondent.

Argued May 27, 1942; decided June 18, 1942.

*Philip A. Sullivan* for appellant.

*Victor Fiddler, George J. Hayes* and *William F. O'Rourke* for respondents.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.